IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McKNIGHT,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 2:13-CV-00418-MCE-KJN<br><br>ORDER FOR DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA AND REMAND TO STATE COURT |

Based on the stipulation of the parties filed herein on March 21, 2013, IT IS HEREBY ORDERED that the complaint is dismissed against defendant United States of America,[1] without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Upon dismissal of the United States, the Court has no further jurisdiction over this action. Accordingly, IT IS FURTHER ORDERED that the remainder of this action, to wit, Plaintiff's claims against non-federal defendant Does 1 through 100, inclusive, is hereby remanded back to Sacramento County Superior Court pursuant to 28 U.S.C. § 1447(c).

The parties shall bear their own court costs and attorney's fees.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

---

[1] On March 1, 2013, the United States of America was substituted in lieu of party defendant Arthur A. M.D., pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2679(d), whereby all claims against Dr. White were dismissed with prejudice. *See* Doc. #2.

1